**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                      Case No. 08-20674

ANTHONY A. JAMES,

    Defendant.

                                                          /

**ORDER DENYING DEFENDANT'S MOTION TO CORRECT OMISSIONS AND
MOTION FOR DESCRIPTIVE LISTINGS OF EXHIBITS AND STIPULATIONS**

Before the court are two motions filed by Defendant Anthony A. James: a "Motion to Correct Omissions from the Record," and a "Motion for Descriptive Listing of Exhibits and Stipulations on the Record." No response is necessary to the motions, and the court will deny them both.

In the first motion, Defendant asserts that a portion of the official transcript is missing, and he requests that the court order that the transcript be "corrected" to reflect "the full dialogue of comments pertaining to the discussion of a letter." (Dkt. # 74.) The court has reviewed the transcript and finds that there is no indication that portions of the record are missing. The court has also consulted with the court reporter, who has indicated that the transcript, as filed, is complete and correct. Having no basis to suggest that the official court record is in error, the court will deny the motion.

In the second motion, Defendant asks for "a descriptive listing of exhibits and stipulations that are a part of the record." (Dkt. # 75.) The court has reviewed the docket, and no such exhibit list or stipulation list was filed. Nor does the court retain the

exhibits at the end of a trial; they are instead typically retained by counsel of record.

There is therefore no basis on which to provide Defendant the relief he seeks.

Accordingly,

IT IS ORDERED that Defendant's "Motion to Correct Omissions from the Record" [Dkt. # 74] and "Motion for Descriptive Listing of Exhibits and Stipulations on the Record" [Dkt. # 75] are DENIED.

    S/Robert H. Cleland
ROBERT H. CLELAND
UNITED STATES DISTRICT JUDGE

Dated: February 3, 2012

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, February 3, 2012, by electronic and/or ordinary mail.

    S/Lisa Wagner
Case Manager and Deputy Clerk
(313) 234-5522